UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARL BOESING, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:02-CV-888 CAS |
| AL LUEBBERS, | ) ) ) |
| Respondent. | ) ) |

## JUDGMENT

In accordance with the order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**. [Doc. 5]

**IT IS FURTHER ORDERED** that petitioner has not made a substantial showing of the denial of a constitutional right, such that reasonable jurists would find the Court's assessment of the constitutional claims debatable, or that the issues presented were adequate to deserve encouragement to proceed further, Miller-El v. Cockrell, 537 U.S. 222, 336 (2003), and therefore this Court will not issue a certificate of appealability. See Slack v. McDaniel, 529 U.S. 473, 484-85 (2000).

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of May, 2005.